January 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LINZALE DORSETTE GREER, Appellant

NO. 14-11-00898-CR                    V.

THE STATE OF TEXAS, Appellee

_____

Our memorandum opinion filed December 13, 2011, is withdrawn, and a substitute memorandum opinion issued this date. Our judgment of December 13, 2011, is vacated and the following judgment is substituted.

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.